**FILED**

04/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | | |
|---|---|---|
| JANET L. HAFFNER-LYNN | ) | No. DA 20-0547 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MISTY L. ANNALA & DOES A | ) | |
| THROUGH Z INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Respondent Misty L. Annala having moved the Court to extend the time for serving her response brief, and good cause appearing,

IT IS HEREBY ORDERED that appellant shall have to and including May 24, 2021, within which to serve her response brief.

DATED this _____ day of April, 2021.

FOR THE COURT:

By_____
    Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 5 2021